(Reap. Dec. 10123)

WINDSOR PEN MFG. CO., INC. *v.* UNITED STATES

Entry No. WH–44876.

(Decided December 14, 1961)

*Lane, Young & Fox* for the plaintiff.
*William H. Orrick, Jr.,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain memorandum books exported from Japan and entered at the port of New York.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the merchandise in question is statutory export value, and that such value therefor is "the appraised value, less the buying commission stated in the invoice," and I so hold.

Judgment will be rendered accordingly.